# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

_____ )  Civil Action No._____
*[Enter the full name of the plaintiff in this action]* )
 )                    *(to be assigned by Clerk)*
 )
v. )
 )     **C O M P L A I N T**
*Sheriff - Al Cannon* )     **State Prisoner**
*Jail Admin - Mitch P. Lucas* )
*Medical Staff - Nurse Garland* )
 )
_____ )
 )
_____ )
*Enter above the full name of defendant(s) in this action* )

RECEIVED USDC CLERK, COLUMBIA, SC
2009 JAN 22 P 12:19

## I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?        Yes_____        No_X_

B.    If your answer to A is Yes, describe the lawsuit in the space below.  If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

    1.    Parties to this previous lawsuit:

        Plaintiff: _N/A_____

        Defendant(s): _N/A_____

    2.  Court: _N/A_____
            *(If federal court, name the district; if state court, name the county)*

    3.  Docket Number: _N/A_____

    4.  Name(s) of Judge(s) to whom case was assigned: _N/A_____

    5.  Disposition: _N/A_____
            *(For example, was the case dismissed?  Appealed?  Pending?)*

    6.  Approximate date of filing lawsuit: _N/A_____

    7.  Approximate date of disposition: _N/A_____

II.    PLACE OF PRESENT CONFINEMENT

A.    Name of Prison/Jail/Institution: _Charleston County Detention Center_

B.    What are the issues that you are attempting to litigate in the above-captioned case? _____

_Medical Malpractice_ _____

C.    (1)    Is there a prisoner grievance procedure in this institution?    Yes _X_    No _____

(2)    Did you file a grievance concerning the claims you are raising in this matter?    Yes _____    No _X_

When_____    Grievance Number (if available) _____

D.    Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)?    Yes _X_    No _____

E.    When was the final agency/departmental/institutional answer or determination received by you? _12/20/08_

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F.    If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities?    Yes _X_    No _____

G.    If your answer is YES:

1.    What steps did you take? _They would not let me file Anything_

2.    What was the result? _none_

III.    PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A.    Name of Plaintiff: _Lloyd Wright_    Inmate No.: _209826_

Address: _CCDC, 3841 Leeds Ave, N. Charleston, SC. 29405_

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B.    Name of Defendant: _Al Connon_    Position: _Sheriff_

Place of Employment: _CCDC_

C.    Additional Defendants (*provide the same information for each defendant as listed in Item B above*):

_mitch P. Lucas - Jail Admin_
_medical Staff ... Nurse garland_

_____

Complaint - State Prisoner
Revised October 3, 2007

IV.  STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach an extra sheet if necessary.*

On 12-14-08 I Received medication from The Nurse for my Blood Presure. At This Time I Received One New Pill which I did Not Reconize. I went To my Room Approx. 11:30 PM After sleeping for About 1½ hours Then I was Awakened by An Increased heart beat And was sweating uncontrolaby At This Time A cell mate got the attention of The C.O. Rhuiden. The C.O. excorted me To medical. The Nurse in medical has administered And EKG And I was givin Another ("Pill under my Tounge") The Nurse Told me That I was Close To having A Heart Atack. At this Time EMS was dispatched To Take me To M.U.S.C. Apon Arival I was Unconcous, After Examination we Returned on The 12-15-08 Back To C.C.D.C.

I Later discovered The Pill That was givin To me That I did Not Reconize was (A~~TENTENF~~)
(Norvane)

Complaint - State Prisoner
Revised October 3, 2007

IV.   STATEMENT OF CLAIM - continued.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Complaint - State Prisoner
Revised October 3, 2007

V.   RELIEF

*State briefly and exactly what you want the court to do for you.*

Compensatory damaged:
$ 1,000,000.00

Punative damages:
5,000,000.00

**I declare under penalty of perjury that the foregoing is true and correct.**

*Signed this* 20th *day of* JANUARY , 20 09

Lloyd Wright

*Signature of Plaintiff*

Complaint - State Prisoner
Revised October 3, 2007